# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASES NO. 4:10cr95-RH
 4:97cr49-RH

LEROY ABNER GIBBS,

    Defendant.

_____/

## ORDER SEALING DOCUMENTS

The defendant's unopposed motions to seal, ECF No. 44 in Case No. 4:10cr95-RH, and ECF No. 429 in Case No. 4:97cr49-RH, are GRANTED. The clerk must maintain under seal ECF Nos. 17 and 34 in Case No. 4:10cr95-RH and ECF No. 151 in Case No. 4:97cr49-RH.

SO ORDERED on March 8, 2014.

                        s/Robert L. Hinkle
                        United States District Judge