IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASES NO. 4:10cr95-RH
     4:97cr49-RH

LEROY ABNER GIBBS,

    Defendant.

_____/

## ORDER ON MOTION TO APPOINT COUNSEL

The defendant Leroy Abner Gibbs has moved to appoint an attorney, apparently for purposes unrelated to the judgment that has been entered and upheld on appeal.

Mr. Gibbs already has an appointed attorney in this case. To the extent he seeks relief in connection with this case, that attorney is still available to him. Mr. Gibbs is not entitled to another appointed attorney in this case or to appointment of an attorney for other purposes. Accordingly,

IT IS DENIED:

The motion to appoint an attorney, ECF No. 46, is DENIED.

SO ORDERED on April 9, 2014.

                                       s/Robert L. Hinkle
                                       United States District Judge